| AO 91 (Rev. 11/11) Criminal Complaint | AUSA: DePorre<br>Special Agent: Sartori, USPS | Telephone: (810) 766-5177<br>Telephone: (703) 248-2100 |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

| United States of America<br>v.<br>Johnny Coley &<br>Tracy Hudson, | Case: 4:21-mj-30521 Judge: Ivy, Curtis<br>Filed: 11-05-2021<br>IN RE SEALED MATTER (kcm) |

### CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 2018-February 2020__ in the county of __Genesee__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1703 | Detained and delayed mail which came into his possession and which was intended to be delivered by an employee of the Postal Service |
| 21 U.S.C. § 841(a) & 846 | Conspiracy to distribute cocaine |
| 18 U.S.C. § 924(c) | Possession of a firearm in furtherance of a drug trafficking crime |

This criminal complaint is based on these facts:
Please see affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Bryan Sartori, Special Agent, USPS
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: November 5, 2021

*Judge's signature*

City and state: Flint, MI

Curtis Ivy, Jr., United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Bryan Sartori, being duly sworn, hereby depose and state as follows:

### I. INTRODUCTION

1. I am a Special Agent with the United States Postal Service, Office of Inspector General (USPS-OIG). I have been a Special Agent since January of 2018. Prior to that, I was a Special Agent with the Drug Enforcement Administration for over twenty years. I have conducted criminal investigations involving the distribution of controlled substances and the theft of mail by USPS employees.

2. My primary responsibilities include investigating crimes committed by USPS employees involving the theft of mail and the distribution of controlled substances. This affidavit contains information from my investigative and personal knowledge as well as from investigations conducted by other law enforcement officers.

3. The information contained in this affidavit is for the limited purpose of establishing probable cause. This affidavit does not contain all the information known to law enforcement about this investigation. As discussed below, there is probable cause that Johnny Coley (date of birth XX/XX/1973), an employee of the USPS, delayed mail in violation

of 18 U.S.C. § 1703; (2) conspired to distribute cocaine in violation of 21 U.S.C. §§ 841(a) & 846; (3) possessed with intent to distribute cocaine base, in violation of 21 U.S.C. § 841(a); and (4) possessed a firearm in furtherance of a drug crime, in violation of 18 U.S.C. § 924 (c); and there is probable cause that Tracy Hudson (date of birth XX/XX/1972) (1) delayed mail in violation of 18 U.S.C. § 1703; and (2) conspired to distribute cocaine in violation of 21 U.S.C. §§ 841(a) & 846.

## II. PROBABLE CAUSE

4. In August of 2019, I began investigating USPS employee Tracy Hudson regarding her role in a possible drug trafficking organization (DTO). Hudson is a postal carrier in the city of Flint, Michigan, and as such is an employee of the Postal Service. This DTO was sending Priority Mail parcels containing cocaine from the Houston, Texas, area to the Flint, Michigan area. Further investigation revealed that the DTO utilized postal carriers to facilitate the delivery of the parcels to subjects in the Flint, Michigan area.

5. In August 2019, I conducted a query of a postal database and determined that since approximately January 2018, numerous Priority Mail parcels had been sent from the Houston, Texas area to several

different addresses on the mail route of Tracy Hudson. Two of those addresses are 428 Delia Street and 1703 Donald Street in Flint, Michigan. I reviewed the available parcel labels and discovered that the parcels were addressed to individuals that did not appear to be associated with the addresses. Furthermore, the handwriting on the available parcel labels was very similar. I know, based on training and experience, that narcotics traffickers will often send narcotics to more than one residence in a particular area. Additionally, narcotics traffickers will also use fictitious sender/recipient information when sending narcotics through the mail.

6. On September 11, 2019, I intercepted a Priority Mail parcel that was addressed to Thelma Johnson, 428 Delia Street, Flint, Michigan, which was on the mail route of Tracy Hudson. The parcel had been sent from the Houston, Texas area and had similar label characteristics to previous parcels from Texas to Flint that I suspected were involved in the drug conspiracy. A Lexis/Nexis query showed that a Thelma Johnson did not appear to be associated with 428 Delia Street, Flint, Michigan.

7.      On September 13, 2019, a United States Magistrate Judge authorized a federal search warrant for the parcel addressed to 428 Delia Street, Flint, Michigan. Inside the parcel agents located over a kilogram of cocaine.

8.      In October 2019, while reviewing a postal database, I discovered that Priority Mail parcels were also being sent to addresses on the mail route of Johnny Coley, who is also a mail carrier in the city of Flint, Michigan, and an employee of the Postal Service. I reviewed available parcel labels and observed that the handwriting on the labels was very similar to the handwriting on the labels of the suspicious parcels that had been sent to addresses on the mail route of Tracy Hudson. This includes the parcel that contained over a kilogram of cocaine.

9.      On October 10, 2019, I was alerted that a Priority Mail parcel was to be delivered to Sonya Johnson, 1188 River Valley Drive, #5, Flint, Michigan, which is on the mail route of Johnny Coley. A Lexis/Nexis query showed that a Sonya Johnson did not appear to be associated with 1188 River Valley Drive, #5, Flint, Michigan.

Additionally, the handwriting on the parcel label was similar to the other parcel labels that I had previously reviewed.

10. On October 10, 2019, at approximately 10:30 a.m., agents/officers from the DEA Flint Resident Office established surveillance on 1188 River Valley Drive. Surveillance observed Coley deliver mail to several different apartment buildings in the area.

11. At approximately 1:01 p.m., DEA SA Tolbert observed Coley move his postal truck in front of 1189 River Valley Drive and begin to deliver mail within 1189 River Valley Drive. A short time later, SA Tolbert observed a red GMC Terrain arrive and park north of 1189 River Valley Drive. The red GMC Terrain then moved to a parking lot southwest of 1188 River Valley Drive. SA Tolbert then observed Coley exit 1189 River Valley Drive and move his postal truck closer to 1188 River Valley Drive. SA Tolbert then observed the red GMC Terrain and the postal truck, being driven by Coley, pull next to one another. SA Tolbert observed a white Priority Mail parcel go from Coley's postal truck through the front passenger side window of the red GMC Terrain and into the possession of Individual A.

12. Agents/officers continued surveillance of the red GMC Terrain until losing sight of the vehicle. Eventually, surveillance located the red GMC Terrain at 1709 Albert Street, Flint, Michigan, which was later determined to be the residence of Johnny Coley and Individual A.

13. On December 04, 2019, I discovered, through a postal database, that a Priority Mail parcel had been sent from Houston, Texas to Debra Williamson, 2309 Adams Avenue, Flint, Michigan. This address is on the mail route of Tracy Hudson. A Lexis/Nexis query showed that a Debra Williamson did not appear to be associated with 2309 Adams Avenue, Flint, Michigan. Additionally, the handwriting on the parcel label was similar to the other parcel labels that I had reviewed.

14. On December 09, 2019, at approximately 9:45 a.m., agents/officers from the DEA Flint Resident Office established surveillance on 2309 Adams Avenue, Flint, Michigan. Surveillance observed Tracy Hudson deliver mail to various residences in the neighborhood. At approximately 2:00 p.m., SA Tolbert observed Hudson park her postal truck just south of 2309 Adams Avenue. SA Tolbert then observed Hudson deliver items of mail, however, he did not

observe her deliver the Priority Mail parcel that was addressed to 2309 Adams Avenue. Postal records show that Hudson scanned the parcel as being delivered at 2:15 p.m., which it wasn't.

15. At approximately 2:23 p.m., SA McGovern observed Hudson park her postal truck in the area of Adams Avenue and East Hamilton Avenue, which is approximately 1 ½ blocks from 2309 Adams Avenue. SA McGovern then observed a silver Chevrolet Malibu stop near Hudson's postal truck. SA McGovern observed Hudson exit the postal truck carrying a white Priority Mail parcel. SA McGovern then observed Hudson walk to the driver's side of the silver Chevrolet Malibu and hand the driver the white Priority Mail parcel. SA McGovern observed Hudson and the driver of the white Chevrolet Malibu speak for a minute or so before separating.

16. At approximately 2:27 p.m., surveillance observed the silver Chevrolet Malibu arrive and park in the driveway of 1709 Albert Street, Flint, Michigan, which is the residence of Johnny Coley and Individual A. SA McGovern then observed Individual A standing outside the residence holding the white Priority Mail parcel.

17. On January 30, 2020, I was alerted that a Priority Mail had been sent from Houston, Texas to Joyce Thompson, 1703 Donald Street, Flint, Michigan. This address is on the mail route of Tracy Hudson. A Lexis/Nexis query showed that a Joyce Thompson did not appear to be associated with 1703 Donald Street, Flint, Michigan. Additionally, the handwriting on the parcel label was similar to the other parcel labels that I had reviewed.

18. On February 03, 2020, a United States Magistrate Judge authorized a federal search warrant for the parcel addressed to 1703 Donald Street, Flint, Michigan. Inside the parcel, agents located approximately 250 grams of cocaine.

19. On February 18, 2020, a federal search warrant was executed at 1709 Albert Street, Flint, Michigan, which is the residence of Johnny Coley and Individual A. Prior to the execution of the search warrant, surveillance observed Individual A leave the residence in a silver Chevrolet Malibu. Surveillance then observed Coley walk onto the front porch of the residence and throw a white plastic bag into a trash can on the side of the porch. Upon execution of the search warrant, agents/officers located the following evidence pertaining to

Coley: a white plastic bag containing approximately 10 grams of cocaine base and a black digital scale from the trash can on the side of the porch; a Ruger P345 pistol that was loaded with a chambered round and seven additional rounds of ammunition located in Coley's bedroom and a plastic grocery bag containing undelivered U.S. mail. Per USPS management, most of the undelivered U.S. mail appeared to be from addresses on the mail route of Tracy Hudson.

Interview of Johnny Coley

20. On February 18, 2020, Postal Inspector Rose and I interviewed Johnny Coley. Coley made the following post-Miranda statements:

  a. He owns 1709 Albert Street and resides there with Individual A;

  b. In the summer of 2019, Individual A asked him for addresses where Priority Mail parcels could be sent. He gave Individual A addresses on his mail route that were within apartment complexes or were abandoned residences. Individual A would let him know when the parcel would be arriving. Once he had the parcel, he

would leave the parcel at an abandoned residence or would meet Individual A on his mail route and give him the parcel. He would then scan the parcel as being delivered near the appropriate address;

c. He gave Priority Mail parcels to Individual A on several occasions; however, he claims to have not known what was in the parcels. Individual A paid him $100.00 for each parcel;

d. He stated that Individual A called him prior to the execution of the search warrant and told him to get the white plastic bag from the cabinet over the stove and throw it in the garbage; and

e. He claimed that he didn't know anything about the bag of undelivered mail in his bedroom.

Review of Johnny Coley's text messages

21. Subsequent to the execution of the search warrant at 1709 Albert Street, Flint, Michigan, Johnny Coley gave agents/officers consent to search his cellular phone and provided the passcode. The

following are some of the pertinent text messages between Coley and co-conspirators involved in this investigation.

    a. March 23, 2018 – Individual A texts Coley, "U see T at work this morning?" Coley responds, "Tracy." Individual A responds, "Yeah." Coley responds, "Yeah, she here today." Individual A responds, "Ok." Coley responds, "Yeah…don't be like Lumbo, you know that ▓▓▓ chased the mail lady down and even got kinda hostile with her about a package…smh." On March 23, 2018, postal databases showed that two Priority Mail parcels were sent from Houston, Texas to two addresses on Tracy Hudson's mail route. Those two addresses are 428 Delia Street, Flint, Michigan and 1703 Donald Street, Flint, Michigan. As previously mentioned, during this investigation, law enforcement seized a Priority Mail parcel sent to 428 Delia Street and 1703 Donald Street. Both of those parcels were sent from Houston, Texas and contained a quantity of cocaine.

b. September 04, 2019 – Individual A texts Coley, "See wat day T got off or have her call me." Coley responds, "Ok."

c. December 07, 2019 – Coley texts Individual A, "Aye…Tracy said call her immediately." Individual A responds, "Ok." As mentioned previously, on December 07-2019, a Priority Mail parcel was to be delivered by Hudson to an address on her mail route. The parcel was sent from Houston, Texas to Debra Williamson, 2309 Adams Ave., Flint, Michigan 48505. A Lexis/Nexis query showed that a Debra Williamson did not appear to be associated with 2309 Adams Avenue, Flint, Michigan. The handwriting on the parcel label was very similar to the handwriting on other parcels seized by law enforcement and were found to contain cocaine. However, this parcel did not arrive in Flint, Michigan on December 07, 2019 and instead arrived on December 09, 2019. On December 09, 2019, law enforcement observed Hudson deliver the Priority Mail parcel to Individual A and not to the intended address. Also, subpoenaed phone records show

-12-

that Individual A and Hudson had several phone contacts on December 07, 2019, around the time Coley told Individual A to call "Tracy."

d. June 07, 2019 – Coley texts Individual B, "Nothing today so I hope it's tomorrow or y'all hit." I reviewed a postal database which showed that a Priority Mail parcel was sent from Houston, Texas to 3914 Blackington Ave., Flint, Michigan, which is an address on Coley's mail route. The parcel was scheduled to arrive on June 07, 2019 or June 08, 2019.

e. June 17, 2019 – Coley texts Individual B, "On vacation all next week…..just so you know." Individual B responds, "Ok."

f. July 01, 2019 – Coley sends a series of texts to Individual B, "Hit you in a few." "Too many nosey mfs out looking." "Co back in about 10 min." "Pull back around to me…I don't wanna pull up on you." I reviewed a postal database which showed on July 01, 2019, a Priority Mail parcel was to be delivered by Coley to an address on his mail route.

The parcel was sent from Houston, Texas to Clara Hampton, 944 Johnson Ave., Flint, Michigan. 48532. A Lexis/Nexis query showed that a Clara Hampton did not appear to be associated with 944 Johnson Avenue, Flint, Michigan. Furthermore, a review of postal databases showed that Coley scanned the parcel delivered at 2:56 p.m., which is the same period of time that he sent the texts to Individual B.

g. July 13, 2019 – Coley texts Individual B, "Don't send anything bro….just remembered I may have jury duty next week…..so it's up in the air."

22. I reviewed a postal database and determined that between approximately January 01, 2018 and February 01, 2020, approximately 31 Priority Mail parcels were sent from the Houston, Texas area to addresses on Tracy Hudson's mail route in Flint, Michigan. Between approximately January 01, 2019 and February 01, 2020, approximately 11 Priority Mail parcels were sent from the Houston, Texas area to addresses on Johnny Coley's mail route in Flint, Michigan.

## III. CONCLUSION

23. Probable cause exists that Johnny Coley, while being employed as a United States Postal Service employee, secreted, detained and delayed mail which came into his possession and which was intended to be delivered by an employee of the Postal Service, in violation of 18 U.S.C. § 1703; (2) conspired to distribute cocaine, a schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a) & 846; (3) possessed with intent to distribute cocaine base, in violation of 21 U.S.C. § 841 (a)(1) and possessed a firearm in furtherance of a drug crime, in violation of 18 U.S.C. § 924 (c)

24. Probable cause exists that Tracy Hudson, while being employed as a United States Postal Service employee, secreted, detained and delayed mail which came into her possession and which was intended to be delivered by an employee of the Postal Service, in

violation of 18 U.S.C. § 1703; and (2) conspired to distribute cocaine, a schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a) & 846.

Bryan Sartori
Special Agent
USPS-OIG

Sworn to before me and signed in my presence and/or by reliable electronic means on this 5th day of November, 2021.

_____
Curtis Ivy, Jr.
United States Magistrate Judge